<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 98-7467

───────────────

WILLIE J. LAMB,

                                  Plaintiff - Appellant,

        versus

WILLIAM   DAVIS,  Warden;   CHARLES   MCCLENDON,
Associate Warden,

                                  Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Patrick Michael Duffy, District
Judge.  (CA-97-1398-23BD)

───────────────

Submitted:  December 17, 1998      Decided:  January 11, 1999

───────────────

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Willie J. Lamb, Appellant Pro Se.  Robert Thomas King, WILLCOX,
MCLEOD, BUYCK & WILLIAMS, P.A., Florence, South Carolina, for
Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie J. Lamb appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Lamb v. Davis</u>, No. CA-97-1398-23BD (D.S.C. Sept. 10, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>